# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEFFREY HICKMAN,** | |
| **Plaintiff,** | |
| v. | Case No. 1:10-CV-01260 |
| **UTLEY MECHANICAL, INC.,** *et al.*, | |
| **Defendants.** | |

### DEFENDANTS UTLEY MECHANICAL, INC.'S AND CLIFFORD UTLEY, SR.'S MOTION TO APPROVE SETTLEMENT AGREEMENT

Defendant Utley Mechanical, Inc. ("UMI"), by undersigned counsel, and for purposes of its Motion to Approve the Settlement Agreement, states follows:

1. Plaintiff Jeffrey Hickman, filed a Complaint in this matter on or about July 26, 2010 naming Defendants UMI and Clifford Utley, Sr.("Utley") as defendants, and alleging that UMI had failed to pay Hickman the appropriate wages during Hickman's employment with UMI in violation of the Fair Labor Standards Act and the D.C. Wage Payment and Collection Law.

2. On or about August 25, 2011, Hickman, UMI and Utley executed a Settlement Agreement. Pursuant to the Settlement Agreement, UMI and Utley deny any liability to Hickman for unpaid wages or violation of the Fair Labor Standards Act and/or the D.C. Wage Payment and Collection Law. A true and correct copy of the Settlement Agreement is attached to this Motion as Exhibit A.

3. Although the terms of the Settlement Agreement speak for itself, under the terms of the Agreement, UMI will pay counsel for Hickman a total of Thirty Thousand Dollars ($30,000) (the "Settlement Amount"). The Settlement Amount will paid in two equal payments

1

of Fifteen Thousand Dollars ($15,000) – the first payment occurring on September 1, 2011, the second payment occurring on November 1, 2011. The Settlement Agreement also contains a confession of judgment against UMI for the unpaid balance of the Settlement Amount should UMI default and fail to make timely payments pursuant to the terms of the Settlement Agreement.

WHEREFORE, UMI requests that the court enter an order approving the Settlement Agreement.

**Dated: September 1, 2011**                **Respectfully Submitted,**

*/s/ Jesse S. Keene*

Stephen M. Seeger (DC Bar. No. 431258)
Jesse S. Keene (DC Bar No. 999718)
Seeger Faughnan Mendicino PC
2620 P Street, NW
Washington, DC 20007
Tel.:   (202) 822-8838
Fax:   (202) 822-6982
Email: seeger@sfmlawfirm.com
Email: keene@sfmlawfirm.com
***Counsel for Defendant/Interpleader-
Plaintiff Utley Mechanical, Inc. and
Defendant Clifford Utley, Sr.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st of September, 2011, a copy of the foregoing was electronically filed with the Clerk of the Court using the C/ECF system, which will then send a notification of such filing on the following:

>Jerry R. Goldstein (D.C. Bar No. 173690)
>4610 Elm Street
>Bethesda, Maryland 20815
>Tel.:   (301) 656-1177, ext. 305
>Fax:   (301) 986-9719
>Email: JRG4law@aol.com
>***Counsel for Plaintiff Jeffrey Hickman***

>/s/ Jesse S. Keene
>_____
>Jesse S. Keene