IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 19 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JEFFREY HICKMAN,

Plaintiff,

v.

Case No. 1:10-CV-01260

UTLEY MECHANICAL, INC., *et al.*,

Defendants.

## ORDER

THIS MATTER having come before the Court on the Defendants' Motion to Approve the Settlement Agreement, and upon consideration of the Motion, the briefs submitted by the Parties in opposition or reply, if any, and the arguments of counsel, it is this 14 day of September, 2011,

**ORDERED**, that the settlement agreement executed and agreed to by the Parties is here by APPROVED.

_____
Alan Kay, Magistrate Judge for the
United States District Court for the District
of Columbia

Copies to:

Jerry R. Goldstein (D.C. Bar No. 173690)
4610 Elm Street
Bethesda, Maryland 20815
*Counsel for Plaintiff Jeffrey Hickman*

Stephen M. Seeger (DC Bar. No. 431258)
Jesse S. Keene (DC Bar No. 999718)

Seeger Faughnan Mendicino PC
2620 P Street, NW
Washington, DC 20007
***Counsel for the Defendants***