IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY HICKMAN, )
)
Plaintiff )
)
)
v. ) Civil Action No. 1:10-cv-01260 (AK)
)
UTLEY MECHANICAL, INC., et al. )
)
Defendants. )

## JOINT STIPULATION OF DISMISSAL

This case having been settled by the parties, they hereby stipulate and agree that the case shall be dismissed with prejudice as to all claims and all parties.

_____           _____
Jerry R. Goldstein (Bar No. 173690)   Jesse S. Keene (Bar No. 999718)
Bulman, Dunie, Burke & Feld, Chtd.    Seeger Faughnan Mendicino PC
4610 Elm St.                          2620 P St., N.W.
Bethesda, MD 20815                    Washington, DC 20007
301-656-1177 ext. 305                 202-822-8838
301-986-9719 fax                      202-822-6982 fax
Attorney for Plaintiff                Attorney for Defendants